IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAREN BODIE, individually, and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HORMEL FOODS CORPORATION and FONTANINI FOODS LLC, <br><br> Defendants. | Case No. 1:21-cv-00811 <br><br> Judge: Honorable Charles P. Kocoras |

**STIPULATION REGARDING SUBSTITUTION OF PARTIES**

Plaintiff Karen Bodie and Defendants Hormel Foods Corporation and Fontanini Foods LLC (collectively, "Defendants" or "Hormel"), hereby stipulate and agree to the following:

1. Plaintiff filed her Class Action Complaint on December 16, 2020. She served Hormel Foods Corporation and Fontanini Foods LLC with the Summons and Complaint on January 13, 2021, and January 14, 2021, respectively.

2. Defendants filed their Motion to Dismiss Plaintiff's Class Action Complaint or, in the Alternative, to Stay These Proceedings, on February 19, 2021 (ECF Nos 9, 10, 11).

3. In that Motion, Defendants explained that they had acquired the facility at issue in the litigation from a third-party seller, and that any so-called biometric time clocks were not used at the McCook, Illinois, facility, at the time Defendants began employing Plaintiff or any other putative class members.

4. That third-party seller, Capitol Wholesale Meats, Inc. ("CWM"), without admitting liability for any of Plaintiff's claims, agrees it is the proper defendant in this case and not the current Defendants. CWM further agrees to adopt the Motion to Dismiss or, in the Alternative, Stay, as if it was filed by CWM, and will file a reply brief in further support of that Motion within two weeks of the Court's order on this stipulation.

5. The Parties agree that the currently named Defendants should be dismissed from this action without prejudice, and Capitol Wholesale Meats, Inc., should be named as a Defendant.

6. The Parties agree that, if Plaintiff learns through the course of discovery that either Hormel Foods Corporation or Fontanini Foods, LLC, is a proper defendant in this litigation, Plaintiff may seek leave of the Court to re-name either Defendant.

WHEREFORE, Plaintiff Karen Bodie and Defendants Hormel Foods Corporation and Fontanini Foods, LLC, respectfully request this Court dismiss Defendants without prejudice and direct that Capitol Wholesale Meats, Inc., be substituted in as the named defendant.[1]

Dated: April 15, 2021

Respectfully submitted,

/s/ *Samantha M. Rollins*
Gregory P. Abrams
Faegre Drinker Biddle & Reath LLP
311 S. Wacker Drive, Suite 4300
Chicago, IL 60606
Tel: 312.212.6500
Fax: 312.212.6501
gregory.abrams@faegredrinker.com

Samantha M. Rollins
Faegre Drinker Biddle & Reath LLP
90 S. Seventh Street, Suite 2200
Minneapolis, MN 55402
Tel: 612.766.7000
Fax: 612.766.1600
samantha.rollins@faegredrinker.com

---

[1] After the Motion to Dismiss is ruled upon, Plaintiff will file an amended complaint to clear up any procedural ambiguities.

ATTORNEYS FOR DEFENDANTS HORMEL FOODS CORPORATION AND FONTANINI FOODS, LLC

/s/ *Gary M. Klinger*
Gary M. Klinger
Mason Lietz & Klinger LLP
227 W. Monroe St., Suite 2100
Chicago, IL 60606
Phone: (202) 429-2290
Fax: (202) 429-2294
gklinger@masonllp.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby states that on April 15, 2021, she filed the foregoing document using the electronic filing system, which will send an email notification to the attorneys listed below.

Gary M. Klinger
Mason Lietz & Klinger LLP
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
 gklinger@masonllp.com

 s/ *Samantha M. Rollins*

3

US.132657898.01