# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAREN BODIE, individually and on behalf of all others similarly situated. <br><br> Plaintiff, <br><br> v. <br><br> CAPITOL WHOLESALE MEATS, INC., <br><br> Defendant. | Case No. 1:21-cv-00811 <br><br> Judge: Honorable Charles P. Kocoras |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Karen Bodie and Defendant Capitol Wholesale Meats, Inc., through their undersigned counsel, hereby stipulate to the voluntary dismissal of the above-captioned action in its entirety, without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: February 10, 2022

| | |
|---|---|
| Respectfully submitted, | Respectfully Submitted, |
| | |
| */s/ Gary M. Klinger* | */s/ Peter J. Gillespie* |
| Gary M. Klinger | Peter J. Gillespie |
| **MASON LIETZ & KLINGER LLP** | **LANER MUCHIN, LTD.** |
| 227 W. Monroe Street, Suite 2100 | 515 N. State Street, Suite 2800 |
| Chicago, Illinois 60606 | Chicago, Illinois 60654 |
| Telephone: (202) 429-2290 | Telephone: (312) 467-9800 |
| Facsimile: (202) 429-2294 | Facsimile: (312) 467-9479 |
| gklinger@masonllp.com | pgillespie@lanermuchin.com |
| | |
| *Attorneys for Plaintiff Karen Bodie* | *Attorneys for Defendant Capitol Wholesale Meats, Inc.* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 10, 2022, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court via the Court's CM/ECF system, which will cause a copy to be electronically served upon all counsel of record.

                   */s/ Gary M. Klinger*
                   Gary M. Klinger